UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80068-CIV-MARRA

DAVID POSCHMANN,

        Plaintiff,

v.

CARALEX REALTY CO., LLC and
PALM BEACH GAS STATION, LLC

        Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been settled.

        s/Drew M. Levitt
        DREW M. LEVITT
        DML2@bellsouth.net
        Florida Bar No. 782246
        LEE D. SARKIN, ESQ.
        Lsarkin@aol.com
        Florida Bar No. 962848
        4700 N.W. Boca Raton Blvd., Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Facsimile (561) 994-0837
        Attorneys for Plaintiff